999707

RECEIVED
DEC 09 2005
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROBERT TAYLOR

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-147M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT TAYLOR
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY POSSESSING IN INTERSTATE COMMERCE A LORCIN .380 CALIBER HANDGUN, SERIAL NUMBER 301626, AFTER HAVING PREVIOUSLY BEEN CONVICTED OF A FELONY PUNISHABLE BY MORE THAN ONE YEAR IMPRISONMENT

in violation of Title 18 United States Code, Section(s) 922(g)(1)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

12-9-05 Providence RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Wyatt upon transfer to D/RI custody | | |
| DATE RECEIVED 12/09/2005 | NAME AND TITLE OF ARRESTING OFFICER CO Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyant |
| DATE OF ARREST 01/12/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.